IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJIT BHAMBRA, | No. C 09-4685 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOHN M. TRUE, et al., | |
| Defendants. / | |

The Court, having granted Defendants' Motion to Dismiss with prejudice, enters judgment in favor of Defendants against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 30, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE